470 A.2d 1031

Commonwealth v. Kale, Sr., Appellant.

Submitted November 7, 1983. Bradford H. Charles, for appellant; John Edward Feather, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, JOHNSON and POPOVICH, JJ.

Judgment of sentence affirmed.